UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RANDOLPH LEIDL, an individual; on behalf of himself and all others similarly situated,

                Plaintiffs,

      vs.

WINGSPAN PORTFOLIO ADVISORS, LLC, a Delaware Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,

                Defendants.

---------------------------------------------------------------x

CASE NO.:  2:10-cv-03597-ADS-ARL

**NOTICE OF VOLUNTARY DISMISSAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

        Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, RANDOLPH LEIDL, dismisses this action with prejudice as to himself, and without prejudice as to the putative class, without further costs, disbursements, attorney's fees, or expenses to or against any party.

DATED:    Fresh Meadows, New York
               October 4, 2010

                                            *s/ William F. Horn*
                                            WILLIAM F. HORN, ESQ. (WH-1070)
                                            Law Office of William F. Horn
                                            188-01B 71st Crescent
                                            Fresh Meadows, NY 11365
                                            Telephone:  (718) 785-0543
                                            Facsimile:   (866) 596-9003
                                            E-Mail:  bill@wfhlegal.com
                                            *Attorney for Plaintiff, Randolph Leidl*

**IT IS SO ORDERED:**

---

HONORABLE ARTHUR D. SPATT
Senior Judge, United States District Court