UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

RANDOLPH LEIDL, an individual; on behalf
of himself and all others similarly situated,

                  Plaintiffs,

vs.

WINGSPAN PORTFOLIO ADVISORS, LLC,
a Delaware Limited Liability Company; and
JOHN AND JANE DOES NUMBERS 1
THROUGH 25,

                  Defendants.

---------------------------------------------------------x

CASE NO.: 2:10-cv-03597-ADS-ARL

NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, RANDOLPH LEIDL, dismisses this action with prejudice as to himself, and without prejudice as to the putative class, without further costs, disbursements, attorney's fees, or expenses to or against any party.

DATED:    Fresh Meadows, New York
               October 4, 2010

                                         *s/ William F. Horn*
                                         WILLIAM F. HORN, ESQ. (WH-1070)
                                         Law Office of William F. Horn
                                         188-01B 71st Crescent
                                         Fresh Meadows, NY 11365
                                         Telephone: (718) 785-0543
                                         Facsimile: (866) 596-9003
                                         E-Mail: bill@wfhlegal.com
                                         *Attorney for Plaintiff, Randolph Leidl*

IT IS SO ORDERED: Case Closed.

_____
HONORABLE ARTHUR D. SPATT
Senior Judge, United States District Court

10/5/10